**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **CLINT CARMICHAEL,** | ) | **CASE NO. 8:10CV212** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JP MORGAN CHASE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on Defendant's Motion for More Definite Statement. (Filing No. 15.) In its Motion, Defendant requests that the court require that Plaintiff provide additional details supporting his claims because his 28-page Complaint is "unduly lengthy, ambiguous, incomprehensible, and completely devoid of any facts from which JPMorgan Chase could reasonably respond." (Filing No. 16 at CM/ECF p. 4.)

Plaintiff's Complaint is difficult to decipher. However, the court is required to construe Plaintiff's Complaint liberally and finds that it sets forth enough information to allow Defendant to respond. Indeed, the court has already liberally construed the Complaint and determined that Plaintiff's Complaint requests that the court prevent the sale of his home through state-court foreclosure proceedings.[1] (Filing No. 7.) While every single detail supporting this claim may not be included in the Complaint, there is sufficient detail to allow Defendant to file a responsive pleading.

---

[1]As stated in its previous Memorandum and Order, the court believes that abstention in this matter is likely warranted. (Filing No. 7.) Defendant is encouraged to keep this in mind when filing its responsive pleading. If Defendant seeks dismissal of this matter on abstention grounds, Defendant is directed to provide the court with information regarding the ongoing state-court proceedings.

IT IS THEREFORE ORDERED that: Defendant's Motion for More Definite Statement (Filing No. 15) is denied.

DATED this 29th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

_____

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2