# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CLINT CARMICHAEL,** ) | Case No. 8:10-cv-00212 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NOTICE TO TAKE DEPOSITION** |
| ) | |
| **JP MORGAN CHASE,** ) | |
| ) | |
| **Defendant.** ) | |

TAKE NOTICE that on **Thursday, January 6th, 2011**, the Defendant will take the following deposition in the above-entitled matter:

    Deponent:    Clint Carmichael
    Time:    9:00 a.m.
    Location:    Spencer Fane Britt & Browne, LLP
    9420 Underwood Avenue, Suite 200
    Omaha, NE 68114-6608

Said deposition shall be recorded by Price & Associates, Inc., court reporters (402-556-2014), and shall continue from day to day until complete and shall be for all uses and purposes set forth in and/or contemplated by the Federal Rules of Civil Procedure.

DATED this 29th day of November, 2010.

        JP MORGAN CHASE, Defendant

        By: s/ Aimee C. Bataillon
        Joshua C. Dickinson, Bar Number 23700
        Aimee C. Bataillon, Bar Number 22190
        Attorneys for Defendant
        Spencer Fane Britt & Browne LLP
        9420 Underwood Avenue, Suite 200
        Omaha, NE 68114
        Telephone: (402) 965-8600
        Fax: (402) 965-8601
        E-mail: jdickinson@spencerfane.com
              abataillon@spencerfane.com

OM 111145.1

## **CERTIFICATE OF SERVICE**

  I certify that the foregoing was filed electronically with the United States District Court for the District of Nebraska, with notice of case activity generated and sent electronically this 29th day of November, 2010 to:

Clint Carmichael
12602 N. 189th Circle
Bennington, NE 68007
clint@americanfreightways.net

                 s/Aimee C. Bataillon
                 Aimee C. Bataillon