## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLINT CARMICHAEL, | ) | Case No. 8:10CV212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE TO TAKE DEPOSITION |
| v. | ) | |
| | ) | |
| JP MORGAN CHASE, | ) | |
| | ) | |
| Defendant, | ) | |

TAKE NOTICE that on Thursday, January 6, 2011, the Plaintiff will take the following deposition in the above-captioned matter:

       Deponent:   Steffi Swanson
       Time:        2:00 p.m.
       Location:    Spencer Fane Britt & Browne, LLP
                         9420 Underwood Avenue, Suite 200
                         Omaha, Nebraska 68114-6608

Said deposition shall be recorded by Price & Associates, Inc., Court Reports (402) 556-2014), and shall continue from day to day until complete and shall be used for all purposes set forth in and/or contemplated by the Federal Rules of Civil Procedure.

       DATED: November 29, 2010

                                              CLINT CARMICHAEL, Plaintiff

                                              __/s/ John M. Carter_____
                                              John M. Carter, 23718
                                              CARTER LAW FIRM
                                              421 West Broadway, Ste. 306
                                              Council Bluffs, Iowa 51503
                                              712-256-3803
                                              712-256-3805 Fax

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically with the United States District Court for the District of Nebraska, with notice of case activity generated and sent electronically this 29th day of November 2010 to:

Aimee C. Bataillon
SPENCER, FANE LAW FIRM
9420 Underwood Avenue
Suite 200
Omaha, Nebraska 68114-6608

Joshua C. Dickinson
SPENCER, FANE LAW FIRM
9420 Underwood Avenue
Suite 200
Omaha, Nebraska 68114-6608

                                                                  */s/ John M. Carter*
                                                                   John M. Carter