# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLINT CARMICHAEL, | ) | Case No.  8:10CV212 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF SERVING |
| v. | ) | INTERROGATORIES |
| | ) | AND REQUESTS FOR |
| JP MORGAN CHASE, | ) | PRODUCTION OF |
| | ) | DOCUMENTS |
| Defendant, | ) | |

COMES NOW the Plaintiff and hereby certifies that he did mail by regular U.S. Mail, postage prepaid, original interrogatories and Requests for Production of Documents to the Defendant's attorney of record.

  DATED: November 29, 2010

                CLINT CARMICHAEL, Plaintiff

                __/s/ John M. Carter_____
                John M. Carter, 23718
                CARTER LAW FIRM
                421 West Broadway, Ste. 306
                Council Bluffs, Iowa 51503
                712-256-3803
                712-256-3805 Fax

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically with the United States District Court for the District of Nebraska, with notice of case activity generated and sent electronically this 29th day of November 2010 to:

Aimee C. Bataillon
SPENCER, FANE LAW FIRM
9420 Underwood Avenue
Suite 200
Omaha, Nebraska 68114-6608

Joshua C. Dickinson
SPENCER, FANE LAW FIRM
9420 Underwood Avenue
Suite 200
Omaha, Nebraska 68114-6608

                                           _/s/ John M. Carter_____
                                           John M. Carter