IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLINT CARMICHAEL, ) | Case No. 8:10-CV-00212 |
| ) | |
| Plaintiff, ) | |
| ) | PLAINTIFF'S MOTION |
| vs. ) | TO DISMISS WITHOUT |
| ) | PREJUDICE |
| JP MORGAN CHASE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the Plaintiff and moves the Court to dismiss the above captioned matter without prejudice.

1. The Plaintiff has determined there are other alternatives and new programs to assist with a loan modification work out through the Making Home Affordable Program.
2. The Bank has agreed to engage in a good faith workout attempt to resolve the issues in this matter.

WHEREFORE, the Plaintiff prays that this Court will enter an order dismissing this matter without prejudice.

Date: January 6, 2011

*s/ John M. Carter*_____
John M. Carter, 23718
CARTER LAW FIRM
421 West Broadway, Ste. 306
Council Bluffs, Iowa 51503
(712) 256-3803
(712) 515-3805 Facsimile
jcarter@jmcarterlaw.com

PROOF OF SERVICE

I, John M. Carter, hereby certify that the foregoing document was filed electronically with the above captioned Court on January 6, 2011 with the Clerk of said Court giving electronic notification thereof to all participants in this case on the same date, and that a copy thereof was sent by first class United States Mail, postage prepaid, on the same day to all parties entitled to notice who are not registered CM/ECF participants in this case.

                                                */s/ John M. Carter*
                                                John M. Carter